**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| COREY T. MAYWEATHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-164-JDK-KNM |
| | § | |
| JUSTIN R. JONES, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Corey T. Mayweather, a Texas Department of Criminal Justice inmate proceeding pro se, brings this civil rights lawsuit for alleged violations of his constitutional rights. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

On April 20, 2026, Judge Mitchell ordered Plaintiff to pay an initial partial filing fee of $19.00 in accordance with 28 U.S.C. § 1915(b). Docket No. 5. When Plaintiff did not comply, Judge Mitchell issued a Report and Recommendation on June 25, 2026, recommending that the Court dismiss this case without prejudice for failure to prosecute or to obey an order of the Court. Docket No. 11. Plaintiff objected. Docket No. 12.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire

record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

For those portions of the Report to which no objections are filed, the Court reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

In his objections, Plaintiff complains that the Court did not follow the same procedure that was performed in a different court when assessing the initial partial filing fee. But that does not explain Petitioner's failure to comply with an order of the Court. *See Davidson v. Buchanan*, 137 F.App'x 659, 662 (5th Cir. 2005) (affirming dismissal of lawsuit where the prisoner was ordered to pay an initial partial filing fee and failed to do so).

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, the Court **OVERRULES** Plaintiff's objections (Docket No. 12) and **ADOPTS** the Report of the Magistrate Judge (Docket No. 11) as the opinion of the District Court. Plaintiff's claims are **DISMISSED** without prejudice.

So **ORDERED** and **SIGNED** this **13th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE